B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kirk Pharmaceuticals, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Kirk Pharmaceuticals, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-0250230** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5360 NW 35th Avenue**<br>**Fort Lauderdale, FL**　　　　　ZIP Code **33309** | Street Address of Joint Debtor (No. and Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Kirk Pharmaceuticals, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                 **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Kirk Pharmaceuticals, LLC** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

X **/s/ Phillip M. Hudson III**

Signature of Attorney for Debtor(s)

**Phillip M. Hudson III 518743**

Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**

Firm Name

**200 S. Biscayne Boulevard
Suite 3600
Miami, FL 33131**

Address

                  **Email: pmhudson@arnstein.com**

**305.428.4500  Fax: 305.374-4744**

Telephone Number

**December 31, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gerald Price**

Signature of Authorized Individual

**Gerald Price**

Printed Name of Authorized Individual

**Interim CEO**

Title of Authorized Individual

**December 31, 2009**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Kirk Pharmaceuticals, LLC**      Case No. _____
<br>                                      Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Admiral Insurance Company<br>1255 Caldwell Road<br>Cherry Hill, NJ 08034 | Scott Baraclough<br>Admiral Insurance Company<br>1255 Caldwell Road<br>Cherry Hill, NJ 08034<br>856.429.9200 | Insurance | | 67,660.00 |
| All American Containers, Inc.<br>9330 N.W 110th Avenue<br>Miami, FL 33178 | Ampy Alvarez<br>All American Containers, Inc.<br>9330 N.W 110th Avenue<br>Miami, FL 33178<br>305.887.0797 | Trade debt | | 128,280.24 |
| Butters & Butters<br>2005 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309 | Sam Butters<br>Butters & Butters<br>2005 W. Cypress Creek Road<br>Fort Lauderdale, FL 33309<br>954.771.5056 | Rent | | 241,317.16 |
| Capricorn Pharma Inc<br>6900 English Muffin Way, Unit A<br>Frederick, MD 21703 | Nivaran Kapur<br>Capricorn Pharma Inc<br>6900 English Muffin Way, Unit A<br>Frederick, MD 21703<br>301.696.8520 | Trade debt | | 65,409.80 |
| Capsugel<br>P.O. Box 640091<br>Pittsburgh, PA 15264 | Brenda Goff<br>Capsugel<br>P.O. Box 640091<br>Pittsburgh, PA 15264<br>888.783.6361 Ext. 3819 | Trade debt | | 44,049.60 |
| Connelly, Jackson & Collier LLP<br>Attorneys at Law<br>405 Madison Avenue, Suite 1600<br>Toledo, OH 43604 | Jason A. Nill<br>Connelly, Jackson & Collier LLP<br>Attorneys at Law<br>405 Madison Avenue, Suite 1600<br>Toledo, OH 43604<br>419.243.2100 | Legal Services | | 77,817.93 |
| Contract Coating, Inc.<br>161 Beech Street<br>Hackensack, NJ 07601 | Bob Patel<br>Contract Coating, Inc.<br>161 Beech Street<br>Hackensack, NJ 07601<br>201.343.3131 | Trade debt | | 32,882.51 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Kirk Pharmaceuticals, LLC**                                      Case No.  _____
                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Covalent Scientific Industries<br>4798 S. Florida Avenue PMB 172<br>Lakeland, FL 33813 | David Vannais<br>Covalent Scientific Industries<br>4798 S. Florida Avenue PMB 172<br>Lakeland, FL 33813<br>646.300.4647 | Trade debt | | 37,040.05 |
| FEDEX FREIGHT<br>P.O. BOX 406708<br>Atlanta, GA 30384 | Tim Foley<br>FedEx Freight<br>P.O. BOX 406708<br>Atlanta, GA 30384<br>870.741.9000 | Trade debt | | 162,373.37 |
| Granules USA Inc.<br>111 Howard Blvd., Suite 101<br>Mt. Arlington, NJ | Jonathan Berlent<br>Granules USA Inc.<br>111 Howard Blvd., Suite 101<br>Mt. Arlington, NJ<br>973.7703181 | Trade debt | | 319,514.23 |
| Hockfield & Associates<br>3409 N. Kennicott Avenue, Suite A<br>Arlington Heights, IL 60004 | Halina Kowalski<br>Hockfield & Associates<br>3409 N. Kennicott Avenue, Suite A<br>Arlington Heights, IL 60004<br>847.259.0612 | Trade debt | | 49,331.45 |
| Humana Health Insurance Florida<br>12307 Collections Center Drive<br>Chicago, IL 60693 | Sandra Luther<br>Humana Health Insurance Florida<br>12307 Collections Center Drive<br>Chicago, IL 60693<br>800.232.2006 | Trade debt | | 37,414.22 |
| Indam, Inc.<br>6 Opatut Court<br>Morganville, NJ 07751 | Radha S. Raju<br>Indam, Inc.<br>6 Opatut Court<br>Morganville, NJ 07751<br>732.536.8300 | Trade debt | | 264,214.50 |
| Multi Packaging Solutions<br>5800 W. Grand River<br>Lansing, MI 48906 | Lori Feier<br>Multi Packaging Solutions<br>5800 W. Grand River<br>Lansing, MI 48906<br>517.703.2719 | Trade debt | | 69,646.19 |
| Perlen Converting LLC<br>135 Algonquin Parkway<br>Whippany, NJ 07981 | Frank G. Weber<br>Perlen Converting LLC<br>135 Algonquin Parkway<br>Whippany, NJ 07981<br>973.887.0257 | Trade debt | | 43,015.34 |
| Precision Packaging<br>P.O. Box 26923<br>Fort Lauderdale, FL 33321 | Precision Packaging<br>P.O. Box 26923<br>Fort Lauderdale, FL 33321 | Trade debt | | 30,849.64 |
| Universal Capsules LLC<br>E 229, Durham Avenue<br>South Plainfield, NJ 07080 | Anil Andrade<br>Universal Capsules LLC<br>E 229, Durham Avenue<br>South Plainfield, NJ 07080<br>908.757.3320 | Trade debt | | 71,605.65 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Kirk Pharmaceuticals, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **US Pharma, LLC**<br>**1769 Darrah Street**<br>**Langhorne, PA 19047** | **Kalpesh K. Parel**<br>**US Pharma, LLC**<br>**1769 Darrah Street**<br>**Langhorne, PA 19047**<br>**215.715.9507** | **Trade debt** | | **100,397.95** |
| **Wade Ambler**<br>**8304 West 152nd Terrace**<br>**Overland Park, KS 66223** | **Wade Ambler**<br>**Wade Ambler**<br>**8304 West 152nd Terrace**<br>**Overland Park, KS 66223**<br>**913.271.3547** | **Employee Commissions** | | **75,960.26** |
| **Wade Ambler**<br>**8304 West 152nd Terrace**<br>**Overland Park, KS 66223** | **Wade Ambler**<br>**Wade Ambler**<br>**8304 West 152nd Terrace**<br>**Overland Park, KS 66223**<br>**913.271.3547** | **Employee Expenses** | | **33,175.40** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Interim CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 31, 2009**                              Signature   **/s/ Gerald Price**
                                                                       **Gerald Price**
                                                                       **Interim CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Kirk Pharmaceuticals, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 31, 2009**

**/s/ Gerald Price**

**Gerald Price/Interim CEO**
Signer/Title

3D Exhibits, Inc.
Dept. 20-EXH-001
P.O. Box 5940
Carol Stream, IL 60197-5940


Abe Feingold Consulting, Inc.
2156 Idaho Falls Drive
Henderson, NV 89044


ABF Freight System, Inc.
6402 NW 74th Avenue


Admiral Insurance Company
1255 Caldwell Road
Cherry Hill, NJ 08034


ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290-1000


ADT Security Services Inc.
P.O. Box 371967
Pittsburgh, PA 15250


Advance Scientific & Chemical, Inc.
2345 S.W 34th Street
Fort Lauderdale, FL 33312


Advent Pharmaceuticals, Inc
10 Lake Drive
Hightstown, NJ 08520


AFCO
1000 Milwaukee Avenue
Glenview, IL 60025


Aflac
Attn: Remittance Processing Service
1932 Wynnton Road
Columbus, GA 31993


Air-Eze Scientific Services
2034 Thomas Street
Hollywood, FL 33020

All American Containers, Inc.
9330 N.W 110th Avenue
Miami, FL 33178


All Packaging Supplies, Inc.
3125 John P. Curci Dr., Bay 1
Hallandale, FL 33009


Altro Pharmaceuticals LLC
135 Stillwater Avenue
Massapequa, NY 11758


Amneal Pharmaceuticals, LLC
O Box 822876
Philadelphia, PA 19182


Ampak Company, Inc.
1890 Palmer Avenue, Suite 301
Larchmont, NY 10538


Andler Packaging Corp.
P.O. Box 499125
Everett, MA 02149


Armchem International, Corp.
3563 NW 53 Court
Fort Lauderdale, FL 33309


Associated Air Conditioning Group
885 N.E. 30th Street
Fort Lauderdale, FL 33334


AT&T
P.O Box 105262
Atlanta, GA 30348


Atlas Operations, Inc.
325 SW 15th Avenue
Atlanta, GA 30369


Bandwidth.com Inc.
75 Remittance Drive, Suite 6647
Chicago, IL 60675

Bank of America Business Card
P.O BOX 15710
Wilmington, DE 19886

BAX Global
Dept. CH 10391
Palatine, IL 60055

Blue Ribbon Tag & Label Corp.
4035 North 29th Avenue
Hollywood, FL 33020

Broward County Revenue Collection
P.O. Box 29009
Fort Lauderdale, FL 33301

Broward County Revenue Collector
1800 NW 66th Avenue, Suite 100
Fort Lauderdale, FL 33313

Butters & Butters
2005 W. Cypress Creek Road
Fort Lauderdale, FL 33309

Capricorn Pharma Inc
6900 English Muffin Way, Unit A
Frederick, MD 21703

CapsCanada Corporation
PO Box 24556
Chicago, IL 60673-1245

Capsugel
P.O. Box 640091
Pittsburgh, PA 15264

CIT Technology Fin Serv, Inc
21146 Network Place
Chicago, IL 60673-1211

City Of Fort Lauderdale
Treasury - Alarm Service
P.O. Box 31687
Tampa, FL 33631

Clean Harbors Enviornmental Service
PO Box 3442
Boston, MA 02241


Companion Life Insurance Company
PO Box 100102
Columbia, SC 29202-3102


Connelly, Jackson & Collier LLP
Attorneys at Law
405 Madison Avenue, Suite 1600
Toledo, OH 43604


Contract Coating, Inc.
161 Beech Street
Hackensack, NJ 07601


Covalent Scientific Industries
4798 S. Florida Avenue PMB 172
Lakeland, FL 33813


Crystal Springs
P.O. Box 660579
Dallas, TX 75266


Custom Converters
115 Naylon Avenue
Livingston, NJ 07039


Daymon Worldwide
P.O. Box 9661
Uniondale, NY 11555


De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101


Dependable Packaging Solutions
1361 NW 155th Drive
Miami, FL 33169


DMV-Fonterra Excipients (USA) LLC
902 Carnegie Center, Suite 440
Princeton, NJ 08540

Dollar General
P.O. Box 1087
Goodlettsville, TN 37072


Dolphin Products Inc.
4770 Biscayne Blvd Suite #580
Miami, FL 33137


Dr. Schleuniger Pharmatron, Inc.
25 Sundial Avenue, Suite 315
Manchester, NH 03103


Dusobox Corporation
1330 CENTRAL FLORIDA PARKWAY
Orlando, FL 32837


Environmental Enterprises of FL,Inc
314-B Landstreet Road
Orlando, FL 32824


FedEx
PO Box 660481
Dallas, TX 75266


FEDEX FREIGHT
P.O. BOX 406708
Atlanta, GA 30384


FedEx National LTL
P.O. Box 95001
Lakeland, FL 33804


Fisher Scientific
P.O. Box 404705
Atlanta, GA 30384


Florida Power & Light Company
General Mail Facility
Miami, FL 33188


Fort Laud. Business Plaza Associate
2005 W. Cypress Creek Road
Fort Lauderdale, FL 33309

Francisco Felipe
361 SW 203 Avenue
Hollywood, FL 33029


Frank's Fire Protection
PO Box 452378
Fort Lauderdale, FL 33345


Franklin Communications, LLC
5301 NW 37th Avenue
Miami, FL 33142


G&K Services
3050 SW 42 Street
Fort Lauderdale, FL 33312


GlobePharma, Inc.
P.O. Box 7307
Attn: Mona Buch
North Brunswick, NJ 08902


Granules USA Inc.
111 Howard Blvd., Suite 101
Mt. Arlington, NJ


GXS
P.O. Box 640371
Pittsburgh, PA 15264


HealthSource Marketing
90 Earhart Drive, Suite 2
Buffalo, NY 14221


HESCO
5916 Waverly Road
Waverly, FL 33877


Hockfield & Associates
3409 N. Kennicott Avenue, Suite A
Arlington Heights, IL 60004


Humana Health Insurance Florida
12307 Collections Center Drive
Chicago, IL 60693

Hunter Design
131 Oxford Avenue
Boonton, NJ 07005


I C Industries, Inc.
P.O. Box 919271
Orlando, FL 32891-9271


Indam, Inc.
6 Opatut Court
Morganville, NJ 07751


Iron Mountain Records Management
PO Box 27128
New York, NY 10087


Juan Carlos Torres
11603 NE 9 Avenue
Miami, FL 33161


K&G Box Company
PO Box 931772
Atlanta, GA 31193


Kappa Laboratories, Inc.
2577 N.W 74th Avenue
Miami, FL 33122


KER Associates
PO Box 11577
San Juan, PR 00910


KKM Marketing
117 Century Drive
Woonsocket, RI 02895


Lab Safety Supply, Inc.
Account # 5448240
P.O BOX 5004
Janesville, WI 53547


LDS Assembly Systems
45 Francis Street
LEOMINISTER, ME 04153

Maneesh Exports
Plot No. 56/5
Mubai, India 400043


Marketing Management, Inc.
4717 Fletcher Avenue
Fort Worth, TX 76107


McMaster-Carr Supply Co.
P.O Box 7690
Chicago, IL 60680


Miller Bearings, Inc.
P.O BOX 861758
FL 32866


Monarch Quality Systems Solutions
32 Quaker Street
Marlton, NJ 08053


MPI Label Systems
PO Box 70
Sebring, OH 44672


Multi Packaging Solutions
5800 W. Grand River
Lansing, MI 48906


Mutchler, Inc.
20 Elm Street
Harrington Park, NJ 07640


National Institute of Standards & Techno
P.O. Box 894199
Los Angeles, CA 90189


Natoli Engineering Company, Inc.
Dept. XX, P.O BOX 66971
Saint Louis, MO 63166


NSF International
6019 Reliable Parkway
Chicago, IL 60686

Office Depot Credit Plan
P.O BOX 689020
Des Moines, IA 50368-9020


Old Dominion Freight Line, Inc.
P.O. Box 198475
Atlanta, GA 30384-8475


Orion Sales & Marketing
36181 East Lake Road Ste 299
Palm Harbor, FL 34685


Orkin Exterminating
P.O BOX 22780
Fort Lauderdale, FL 33335


Packaging Corporation of America
PO Box 532058
Atlanta, GA 30353


Packaging Equipment , Inc
4350 Crosscreek Trail
Cumming, GA 30041


Pallet Industries Inc.
2200 NW 16 Street
Atlanta, GA 30369


Perlen Converting LLC
135 Algonquin Parkway
Whippany, NJ 07981


Phenomenex
411 Madrid Avenue
Torrance, CA 90501


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285


Platecrafters, Inc.
230 Bethlehem Pike
Colmar, PA 18915

Precision Packaging
P.O. Box 26923
Fort Lauderdale, FL 33321


Progress Display, Inc.
39 Progress Street
Edison, NJ 08820


Publix Super Markets, Inc.
Attn: A/R Janie
1936 George Jenkins Blvd.
Lakeland, FL 33815


Quality Systems Lab
7700 Congress Ave., Ste 2110
Boca Raton, FL 33487


R & L Carriers, Inc.
PO Box 713153
Columbus, OH 43271


Rachlin Cohen & Holtz LLP.
1 Southeast 3rd Avenue
10th Floor
Miami, FL 33131


Raymond Leasing Corporation
P.O. Box 203905
Houston, TX 77216


Rep Commerce Inc.
45 South Seventh Street, Suite 2222
Minneapolis, MN 55402


Rochem International, Inc.
980 South 2nd Street
Ronkonkoma, NY 11779


Rosen Seymour Shapss Martin &Co LLP
757 3rd Avenue
Ronkonkoma, NY 11779


Schilling Marketing
636 Main Street
Covington, KY 41011

Scientific Notebook Company
p.O. Box 238
Stevensville, MI 49127


SGS Life Science Service
75 Passaic Avenue
Fairfield, NJ 07004


Southern Graphic Systems, Inc.
24453 Network Place
Chicago, IL 60673


Specialized Technology Resources
85 John Road
Canton, MA 02021


SPS Commerce, Inc.
VB Box 3
PO Box 9202
Minneapolis, MN 55480


Standard Coffee Service Co.
P.O. Box 70001
Fort Lauderdale, FL 33307


STANDGUARD
P.O. Box  974861
Dallas, TX 75397


Strategic Pharma Services, Inc
169 Commack Road
Commack, NY 11725


Sunrise Pharmaceuticals Inc.
665 E Lincoln Ave
Rahway, NJ 07065


Sunset Imaging Systems
3321 S. Andrews Avenue, Bay 28
Fort Lauderdale, FL 33316


Synergy Development Consulting
11510 Interchange Circle North
Hollywood, FL 33025

T-Mobile
PO BOX 790047
Saint Louis, MO 63179


Technical Maintenance, Inc.
P.O. Box 76010
Saint Petersburg, FL 33734


The Home Depot
Dept. 32 - 2008802617
The Lakes, NV 88901


The Wackenhut Corporation
PO Box 277469
Atlanta, GA 30384-7469


Thomas O'Toole
30 Shadowood Road
Fairfield, CT 06824


Total Compliance Network, Inc.
5440 NW 33rd Ave. Ste 106
Fort Lauderdale, FL 33309


U.S. Pharmacopeia
ATTN: Accounts Receivable
12601 Twinbrook Parkway
Rockville, MD 20852


Uline
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085


Ultra-Tech Printing Co.
5851 Crossroads Commerce Pkwy
Wyoming, MI 49519


Ultratab Laboratories Corporation
521 Main Street
New Paltz, NY 12561


United Parcel Service
P.O BOX 7247-0244
Philadelphia, PA 19170

Universal Capsules LLC
E 229, Durham Avenue
South Plainfield, NJ 07080


US HEALTH WORKS
P.O. BOX 404473
Fort Lauderdale, FL 33307


US Pharma, LLC
1769 Darrah Street
Langhorne, PA 19047


Venable, LLP
PO Box 630798
Baltimore, MD 21263


Victory Packaging
PO Box 844150
Dallas, TX 75284-4150


Wade Ambler
8304 West 152nd Terrace
Overland Park, KS 66223


Waste Management
Southern Sanitation
P.O BOX 105453
FL 33048


Web Rubber Stamps
P.O. Box 22-1563
Hollywood, FL 33022


Zeta Pharmaceuticals LLC
One Paragon Drive, Suite 218
Montvale, NJ 07645