UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          CASE No: 09-39126-JKO

KIRK PHARMACEUTICALS, LLC,                    Chapter 11

_____Debtor._____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, KIRK PHARMACEUTICALS, LLC ("**Kirk**"), files this Chapter 11 Case Management Summary and states:

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition).

    **December 31, 2009 (the "Petition Date")**

2. Names, case numbers and dates of filing of related debtors:

    **Not applicable.**

3. Description of debtor's business:

    **The development, manufacture, and commercialization of generic over-the-counter pharmaceutical products.**

4. Locations of debtor's operations and whether the business premises are leased or owned:

    **5360 NW 35th Avenue, Fort Lauderdale, Florida 33309 – Leased**

    **5352 NW 35th Avenue, Fort Lauderdale, Florida 33309 – Leased**

    **5317 & 5319 NW 35th Terrace, Fort Lauderdale, Florida 33309 – Leased**

5. Reasons for filing chapter 11:

**Kirk encountered general financial challenges that it could not overcome, including, most significantly, inability to fund purchases of raw materials. In addition, Kirk lost a major product that represented more than half of Kirk's revenues; Kirk has been unable to date to replace the lost revenues.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

**Gerry Price, Interim CEO & Interim CFO – 1099 consultant – $7,500 per month**

**Ron Lane, Chairman & Secretary – Salary: $60,000 per year; Severance: $26,000 per year; Deferred Compensation: $120,000**

**Vinay Sapte, Director – no salaries or benefits**

**Maneesh Sapte, Director – no salaries or benefits**

**Harry Singh, Director – no salaries or benefits**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

**Fiscal year ending in October 31, 2009 - gross income: $10,453,329**

**Fiscal year ending in October 31, 2008 - gross income: $20,798,512**

8. Amounts owed to various creditors:

a. Obligations owed to priority creditors including priority tax obligations:

**Payroll taxes of approximately $526,000.00**

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

**None.**

c. Amount of unsecured claims:

**Approximately $3,000,000.00**

2

9. General description and approximate value of the debtor's assets:

**Trade receivables – approximately $264,000.00**

**Inventory – approximately $583,000.00**

**Machinery and equipment – estimate of $300,000.00**

**Other: intellectual property rights, proprietary information, and trade secrets – value unknown**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

| Coverage | Insurer | Policy Number | Amount of Coverage | Policy Expiration | Premium |
|---|---|---|---|---|---|
| General Liability – Products only | Columbia Casualty | 4015953902 | $2,000,000.00 | 11/1/2010 | $167,675 |
| General Liability | National Fire & Marine Ins. Co. | 4017258848 | $1,000,000.00 | 11/1/2010 | $12,817 |
| Crime | Travelers Casualty & Surety | 105364915 | $250,000.00 | 11/1/2010 | $1,693 |
| Employment Practices | Navigators Insurance Co. | [TBD] | $3,000,000.00 | 11/1/2010 | $10,840 |
| D&O | Navigators Insurance Co. | [TBD] | $1,000,000.00 | 11/1/2010 | $23,083 |
| Property | Seneca Ins. Co. | SSP1402213 | $5,000,000.00 | 11/1/2010 | $22,833 |

**The premiums are not current for all of the policies. The premiums due Columbia Casualty, National Fire & Marine Ins. Co., Travelers Casualty, and Navigators Insurance Co. are financed collectively; the total amount overdue for the five policies is $79,363.**

**The premium due Seneca Ins. Co. is $4,400, which equals to two monthly payments.**

11. Number of employees and amounts of wages owed as of petition date:

**41 employees**

**Approximately $118,000.00 of wages owed as of Petition Date**

3

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

**Kirk owes payroll taxes in the amount of approximately $526,000.00**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

**Possible emergency motion for use of cash collateral.**

*Gerald Price*
Gerald Price
Interim CEO of Kirk Pharmaceuticals, LLC

**ARNSTEIN & LEHR LLP**
Counsel for Debtor
200 S. Biscayne Blvd., Suite 3600
Miami, Florida 33131
Tel: (305) 374-3330
Fax: (305) 374-4744

By: /s/ Phillip M. Hudson III
Phillip M. Hudson III, Esq.
Florida Bar No. 518743
pmhudson@arnstein.com

### Certificate of Admission

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: /S/ Phillip M. Hudson
Phillip M. Hudson

8823299.1

4